UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LASHANDA COOPER,

   Plaintiff,       Case No. 25-cv-13881
              Hon. Matthew F. Leitman

v.

TENET HEALTHCARE CORP., *et al.*,

   Defendants.

_____/

### ORDER (1) GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (ECF No. 16); AND (2) TERMINATING AS MOOT DEFENDANTS' MOTIONS TO DISMISS (ECF Nos. 9, 10) AND PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS AND REMAND TO STATE COURT (ECF No. 11)

In this case, Plaintiff Lashanda Cooper alleges that Defendant Wilfredo Figueroa-Berrios, a registered nurse, sexually assaulted her while she was seeking medical treatment at Sinai Grace Hospital in August of 2024. (*See* Notice of Removal, ECF No. 1.)  Cooper seeks to hold both Figueroa-Berrios and the Defendant entities who employed and supervised him liable for damages she suffered. (*See id.*)

Now before the Court are four motions.  On December 19, 2025, Defendants VHS Sinai-Grace Hospital, Inc., VHS of Michigan, Inc., and Tenet Healthcare Corporation collectively filed two motions to dismiss. (*See* Mots. to Dismiss, ECF Nos. 9, 10.)  On December 22, 2025, Cooper filed a Motion to Voluntarily Dismiss

without Prejudice and Remand to State Court. (*See* Mot., ECF No. 11.)  And on February 9, 2026, Cooper filed a Motion for Leave to File a Second Amended Complaint. (*See* Mot., ECF No. 16.)

The Court **GRANTS** Cooper's Motion for Leave to File a Second Amended Complaint (ECF No. 16) because it believes this is the most efficient way to proceed in the case.  Cooper shall file her amended pleading on the docket by **Wednesday, June 24, 2026**.  Defendants shall answer or otherwise respond to Cooper's amended pleading by **Wednesday, July 29, 2026**.

Because the Court is granting Cooper the opportunity to file an amended pleading, it **TERMINATES AS MOOT** the other pending motions in this case: Defendants' VHS Sinai-Grace Hospital, Inc. and VHS of Michigan, Inc.'s Motion to Dismiss (ECF No. 9); Defendant Tenet Healthcare Corporation's Motion to Dismiss (ECF No. 10); and Cooper's Motion to Voluntarily Dismiss without Prejudice and Remand to State Court (ECF No. 11.)

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 17, 2026

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 17, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

3