UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LASHANDA COOPER,

Plaintiff,

v.

Case No. 25-cv-13881
Hon. Matthew F. Leitman

TENET HEALTHCARE CORP., *et al.*,

Defendants.
_______________________________________/

**ORDER (1) GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE (ECF No. 29); (2) DISMISSING ACTION WITHOUT PREJUDICE; AND (3) TERMINATING ECF No. 27 AND ECF No. 28 AS MOOT**

On November 2, 2026, the Court held a hearing on Plaintiff Lashanda Cooper's Motion to Voluntary Dismiss Without Prejudice. (*See* Mot., ECF No. 29.) For the reasons stated on the record at that hearing, **IT IS HEREBY ORDERED** as follows:

- Cooper's motion (ECF No. 29) is **GRANTED**, and this action is **DISMISSED** without prejudice. If Cooper files another action in state court, (1) her complaint shall not include any class claims; and (2) she shall not seek nor accept appointment as a class representative in any action against the Defendants arising out of the same set of facts.

- In light of this order, the Court **TERMINATES AS MOOT** the other pending motions in this case: Hospital Defendants' Rule 12(B)(6) Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 27) and Tenet's Rule 12(B)(2) and 12(B)(6) Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 28).

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 2, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 2, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126