UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LASHANDA COOPER,

Plaintiff,

Case No. 25-cv-13881
Hon. Matthew F. Leitman

v.

TENET HEALTHCARE CORP., *et al.*,

Defendants.
______________________________________________/

**JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's action is dismissed without prejudice.

KINIKIA ESSIX
CLERK OF COURT

By: s/Holly A. Ryan
Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: November 2, 2026
Detroit, Michigan